UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC WRIGHT,

        Plaintiffs,

    v.

ALLSTATE INSURANCE COMPANY, et al.,

        Defendants.

Case No. 15-cv-01020-SI  (SI)

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: October 30, 2015 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: March 11, 2016.

DESIGNATION OF EXPERTS: 3/11/16; REBUTTAL: 4/1/16;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: April 29, 2016.

DISPOSITIVE MOTIONS **SHALL** be filed by; May 13, 2016;
    Opp. Due: May 27, 2016; Reply Due: June 3, 2016;
    and set for hearing no later than June 17, 2016 at 9:00 AM.

PRETRIAL CONFERENCE DATE: August 23, 2016 at 3:30 PM.

JURY TRIAL DATE: September 6, 2016 at 8:30 AM.
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 7 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to the Court's ENE program. The ENE session shall occur within 90 days. Counsel shall file a stipulation to amend the complaint caption to name the correct defendant.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 6/23/15

_____
SUSAN ILLSTON
United States District Judge